**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24771-ALTMAN**

**JUAN GABRIEL POLOCHE**
**AGUIRRE**,

      *Petitioner,*

*v.*

**WARDEN, KROME NORTH**
**PROCESSING CENTER**, *et al.*,

      *Respondents.*

                                 /

## ORDER

The Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging the constitutionality of his confinement in "Krome North Service Processing Center, located in Miami, Florida[.]" *See* Petition [ECF No. 1] ¶ 10. But the Respondent tells us that the Petitioner "is detained at the Otay Mesa Detention Center," in San Diego—not at Krome Detention Center. Motion to Transfer [ECF No. 3] at 1. "Section 2241 petitions may be brought only in the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991). Since the Petitioner is detained in San Diego, in San Diego County, and San Diego County is in the Southern District of California, 28 U.S.C. § 84(d) ("The Southern District comprises the counties of Imperial and San Diego."), we must transfer the Petition there.

We therefore **ORDER AND ADJUDGE** that the Motion to Transfer [ECF No. 3] is **GRANTED**. The Petition [ECF No. 1] is **TRANSFERRED** to the United States District Court for the Southern District of California. We **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on July 17, 2026.



**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record